THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASANA PARTNERS FUND II REIT 14 LLC, a Delaware limited liability company, | CASE NO. C20-1034-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HEATH FAMILY I LLC, a Washington limited liability company, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for filing of a first amended complaint to join parties as plaintiffs (Dkt. No. 17). The Court finds it appropriate for Plaintiff to file an amended complaint because Defendant has consented and because Plaintiff and the party to be joined allege that they are jointly entitled to relief. *See* Fed. R. Civ. P. 15(a)(2), 20(a)(1)–(2). Accordingly, the Court GRANTS the parties' stipulated motion (Dkt. No. 17). Plaintiff must file the amended complaint within one week of the date of this order.

//

//

//

1    DATED this 3rd day of August 2020.

2                                                      William M. McCool
                                                       Clerk of Court
3

4                                                      s/Tomas Hernandez
                                                       Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26